KAREN L. LANDAU, ESQ., CSB 128728
Attorney at Law
2626 Harrison St.
Oakland, CA 94612
(510) 839-9230 x 14

Attorneys for Defendant Curtiss Parker

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR 03-620-TJH |
|---|---|
| Plaintiff, | Date: April 19, 2010 |
| vs. | Time: 10:00 a.m. |
| CURTISS PARKER, | Courtroom: 17 |
| Defendant. | |

Defendant-Appellant Curtiss Parker submits this reply in response to communication from this Court.

The government opposes bail pending appeal, but suggests that if granted, "the court impose strict conditions concerning testing and counseling for alcohol and drugs throughout the appellate process." Opposition at 3. Defendant does not oppose being subject to close monitoring, including testing for drug and alcohol use, if admitted to bail.

Defendant notes, however, that since he was remanded into custody, he is unemployed. Prior to that time, he had secured employment as an office manager at La Jolla Star Transportation, earning $9.00/hour. Accordingly, defendant respectfully requests that he be released pursuant to a personal appearance bond.

The government also has contended that defendant was found to be a flight risk and a danger by the Magistrate. This contention lacks merit. Notably, Mr. Parker was released pending trial and for a lengthy period of time pending sentencing by this Court. He had considerable ties to the community of San Diego and appeared in Court as required. He was remanded into custody because he failed to appear for alcohol testing as directed by Pretrial Services and had tested positive for a prescription drug.

Based on the foregoing argument and on the arguments presented in his Motion, defendant respectfully requests that he be admitted to bail pending appeal.

Dated: April 16, 2010

Respectfully submitted,

_____
Karen L. Landau