FILED
CLERK, U.S. DISTRICT COURT
JUN 17 2013
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 03-620-TJH-6 |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Curtiss Parker ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for _The Central Dist._ for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ☒  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of violations, absence of information_

```
 1    re: ties, resources
 2    _____
 3    _____
 4    and/or
 5  B.  [X]  The defendant has not met his/her burden of establishing by
 6    clear and convincing evidence that he/she is not likely to pose
 7    a danger to the safety of any other person or the community if
 8    released under 18 U.S.C. § 3142(b) or (c). This finding is based
 9    on: nature of underlying charge and alleged
10    violations
11    _____
12    _____
13
14    IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated: June 17, 2013
18                                          _____
19                                          CARLA M. WOEHRLE
20                                          UNITES STATES MAGISTRATE JUDGE
```

2